IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Criminal Case No.: 09-mj-00016-LTM

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

SYDNEY R. BIBBY,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
DATED:   January 08, 2010

     Sentencing Hearing continued to February 08, 2010 at 9:00 a.m. is **VACATED**

and rescheduled to February 08, 2010 at **2:00 p.m.**