IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Criminal Case No.: 09-mj-00016-LTM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SYDNEY R. BIBBY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
DATED: March 10, 2010

    Sentencing Hearing continued to March 17, 2010 at 2:00 p.m. is **VACATED** and rescheduled to May 10, 2010 at 1:00 p.m.