IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 09-mj-00016-LTM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SYDNEY R. BIBBY,

    Defendant.

---

**ORDER RE: MOTION TO REDUCE/MODIFY SENTENCE PURSUANT
TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 35(b) (docket # 33)**

---

The Court finds no authority in Rule 35(b) for reducing or modifying the sentence of Sydney R. Bibby and accordingly **DENIES** the motion.

Dated in Grand Junction this 23rd day of August, 2010.

                BY THE COURT:

                s/ Gudrun J. Rice
                _____
                Gudrun J. Rice
                U.S. Magistrate Judge